——— FILED ——— ENTERED
——— LODGED ——— RECEIVED

**NOV 14 2025**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

The Honorable Paula L. McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KADE GARRETT RANDALL<br><br>Defendant. | NO. MJ25-728<br><br>COMPLAINT FOR VIOLATIONS:<br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2252(a)(2), (b)(1) |

Before the Honorable Paula L. McCandlis, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
### (Attempted Enticement of a Minor)

Between on or about September 30, 2025, and on or about November 13, 2025, in Whatcom County within the Western District of Washington, and elsewhere, KADE GARRETT RANDALL used a means and facility of interstate and foreign commerce to attempt to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense—to include, RCW 9A.44.073 (Rape of a Child in the First Degree) and the production of child pornography as defined in 18 U.S.C. § 2256(8).

All in violation of Title 18, United States Code, Sections 2422(b), 2427.

## COUNT 2

### (Distribution of Child Pornography)

Between in or about October 2025 and in or about November 2025, in Whatcom County, within the Western District of Washington, and elsewhere, KADE GARRETT RANDALL knowingly distributed, and attempted to distribute any visual depiction—the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct—using any means and facility of interstate and foreign commerce, such visual depiction had been mailed and shipped and transported in and affecting interstate and foreign commerce, and such visual depiction contained materials that have been mailed and so shipped and transported, by any means, including by computer.

All in violation of Title 18, United State Code, Section 2252(a)(2) and 2252(b)(1).

And the complainant states that this Complaint is based on the following information:

I, Special Agent Matthew Kimmel, being duly sworn under oath, depose and say:

## INTRODUCTION

1.      I am a Special Agent (SA) with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), Blaine, Washington, field office.  I have been employed with HSI since 2007.  HSI is responsible for enforcing the customs and immigration laws and federal criminal statutes, including those relating to the sexual exploitation of minors and child pornography.  My duties as a special agent include investigating crimes related to the exploitation of children, including attempted, enticement, aggravated sexual abuse, attempted production of child pornography, and distribution of child pornography.

2.      I am a graduate of the Criminal Investigator Training Program and the Immigration and Customs Enforcement (ICE)-Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.  My training included courses in law enforcement techniques, federal criminal statutes, conducting criminal investigations, and executing search warrants.  I have also received specialized training in

Complaint - 2
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  the areas of online undercover investigations, child exploitation, and digital forensics.  I
2  have participated in the execution of numerous search warrants which involved child
3  exploitation and/or child pornography offenses.  I also have 10 years of experience
4  working as a computer forensic agent. In this capacity, I examined numerous computers
5  and computer-related media.  I have reviewed numerous examples of child pornography
6  (as defined in 18 U.S.C. § 2256(8)) in various forms of media.  I have also been the
7  affiant on numerous search warrants relating to child exploitation investigations.

8       3.     The facts set forth in this Complaint are based on my own personal
9  knowledge; knowledge obtained from other individuals during my participation in this
10  investigation, including other law enforcement officers; review of documents and records
11  related to this investigation; communications with others who have personal knowledge
12  of the events and circumstances described herein; and information gained through my
13  training and experience.  I have not set forth each and every fact known to me as a result
14  of this investigation but only those facts I believe necessary to establish probable cause to
15  conclude that Kade Garrett RANDALL committed the offenses charged in this
16  Complaint.

17  <div align="center">**SUMMARY OF THE INVESTIGATION**</div>

18       4.     HSI is investigating the trafficking of child pornography by users of an
19  Internet-based client-server chatting protocol. (Hereinafter, Protocol A). Protocol A has
20  many chat networks and allows for both group and private chats.  This investigation
21  involves online undercover activity in a chat room (hereinafter Chat Room 1) on a
22  Protocol A network (hereinafter Network 1)[1]. Network 1 has many chat rooms, the vast
23  majority of which have legitimate and lawful purposes.  Network 1 also has a small
24  number of chat rooms known to be used by individuals with a sexual interest in children.
25  Chat Room 1 is used primarily to communicate about child sexual abuse and share child
26  erotica and child pornography. Hereinafter, the term "child pornography" as defined by

27
28

---

[1] The names of Protocol A, Network 1, and Chat Room 1 are known to law enforcement but are being anonymized to protect ongoing investigations.

Complaint - 3
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    18 U.S. Code 2256(8), will be referred to as child sexual abuse material (CSAM). All

2    dates and times in this complaint are given Coordinated Universal Time (UTC), except

3    where otherwise noted.

4         5.    In 2025, an undercover law enforcement officer (the "UC") was acting in

5    Chat Room 1 as the father of a fictitious young girl under the age of twelve (12).[2] As

6    shown in the chat excerpts below, during October and November of 2025, the SUSPECT

7    USER discussed his desire to travel to Washington State to meet the UC and sexually

8    abuse the UC's daughter.  When asked by the UC if he was "planning on taking pics or

9    vids," the SUSPECT USER replied, "I would like to, I can show you my process and you

10   can let me know if you're comfortable with it or not." The SUSPECT USER also

11   communicated about his previous access to other children, writing, "I took a creepshot of

12   my nieces panties sleeping when they stayed over once, but that's the closest I've got.[3]"

13        6.    On October 7, 2025, the UC saw the SUSPECT USER posting web links to

14   downloadable CSAM files in Chat Room 1. Two of the posts are documented below.

15

16       October 07  2025 22:08:32<SUSPECT USER> so hot when there isn't time to get
     panties off so you work around them https://d.uguu.se/JBXOstsQ.[jpg][4]

17

18       October 07  2025 22:12:09<SUSPECT USER> https://h.uguu.se/tckRFgAc.[jpg]

19        7.    The UC accessed the links and preserved the content associated with each:

20   JBXOstsQ.jpg: This image depicts an adult male and a prepubescent girl. The

21   image shows only the child's legs, her pubic/anal region, and the man's thumb.

22   Her underwear is pulled down exposing her genitals and anus.  Her legs are

23   together, and she is lying on her side. The man's thumb is positioned on her

24   buttock and appears to be pulling upward, exposing the child's vaginal opening to

25

26   _____

27   [2] The fictitious daughter's exact age is being omitted to protect ongoing investigations.
     [3] In later communications, the SUSPECT USER wrote, "thankfully they weren't actually my nieces, just quicker to

28   call them that to anyone that asks. We were glorified babysitters/family friends,"
     [4] As documented herein, the SUSPECT USER sent web links to the temporary file hosting website "uguu.se".
     According to Uguu's website, files get deleted after 3 hours.  In an abundance of caution, however, all web links
     have been edited with brackets to prevent inadvertent CSAM viewing.

Complaint - 4
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the camera. Based on her lack of pubic hair, lack of pubic development, and small
size in comparison to the adult's thumb, I estimate this child is between 2 and 5
years old.

tckRFgAc.jpg: This image depicts a prepubescent girl. She is seated with her legs
apart. She is holding stuffed animals and wearing what appears to be a swimsuit
that she is pulling to the side, exposing her genitals to the camera.  Given her small
size, youthful appearance, lack of pubic hair, and lack of pubic development, I
estimate she is between 4 and 7 years old.

8.      As noted above, the UC was posing as the father of a young girl and was
using a screen name consistent with that persona.  On September 30, 2025, the SUSPECT
USER sent the message, "nice name. how young?"  The UC did not respond to this
message.  On October 7, 2025, following the SUSPECT USER's posting of links to the
CSAM described above, the UC initiated a chat, excerpts of which are shown below:

**October 7, 2025**
\***
| | |
|---|---|
| \<SUSPECT USER\> | straight mwm FL |
| \<SUSPECT USER\> | how old is your kid? |
| \<UC\> | just turned [REDACTED] |
| \<SUSPECT USER\> | mmm perfect age. active yet? |
| \<UC\> | yeah |
| \<UC\> | you? |
| \<SUSPECT USER\> | don't have any of my own yet. looking for a friend |

that'll share lol

| | |
|---|---|
| \<UC\> | i hear u. fav ages? |
| \<SUSPECT USER\> | any under 12, but 5-7 is my favorite. you? |

\***

| | |
|---|---|
| \<UC\> | you fantasize about meeting an active mom or dad and |

having them share ?

| | |
|---|---|
| \<SUSPECT USER\> | all the time |
| \<SUSPECT USER\> | are you an active dad willing to share? |
| \<UC\> | im active. sharing makes me nervous. but if i knew i |

wouldnt get caught, id prob do it in a heartbeat

\***

**October 8, 2025**
| | |
|---|---|
| \<SUSPECT USER\> | so what's your dau look like? |

```
***
<SUSPECT USER>        yummm got any pics?
<SUSPECT USER>        happy to trade some other stuff :)
<UC>                  yeah but i dont trust the links here. prefer like
encrypted email
***
<UC>                  [REDACTED UC EMAIL ACCOUNT]@proton.me
<UC>                  you have any experience?
<SUSPECT USER>        lots of little bits here and there with many different
kids
<SUSPECT USER>        nothing extensive
***
<UC>                  what kinda "bits"
***
<SUSPECT USER>        helping with baths when babysitting, the occasional
grope when playing in the pool, etc
***
<SUSPECT USER>        oh yeah, bath times have been my fav opportunity so
far
<SUSPECT USER>        Got my proton set up, [REDACTED SUSPECT
EMAIL ACCOUNT]@proton.me
***
<UC>                  are you good with kids?
***
<SUSPECT USER>        oh yeah, been working with them for about 15 years
now lol
<SUSPECT USER>        public settings too - camps, school events, etc
***
```

9.      During this chat, the SUSPECT USER sent an email to the UC from the same email address that he had provided above. The subject of the email is "test" and the body of the email reads, "Just a test email. Hope it works!"  The email contains an attached CSAM file named "yomOeFpO.webp."  This is an animated image file that plays in a loop.  The file depicts a prepubescent girl wearing a shirt and underwear. With her legs apart, the child pulls her underwear to the side directly in front of the camera, exposing her genitals.  Given her small stature, youthful appearance, and lack of pubic hair and lack of pubic development, I estimate this girl is between 4 and 6 years old.

Complaint - 6
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**October 8, 2025 (cont.)**

<SUSPECT USER>        Just sent you an email with something small to make sure it works

<UC>                  got it :)

<SUSPECT USER>        cool. figured I couldn't go wrong with her lol

***

<UC>                  i'm gonna send you a pic of me holding a piece of paper. i'm gonna write "[REDACTED]" and todays date on it. you'll know its me, not a pic i just pulled of the net

***

<SUSPECT USER>        that works. way better than I was expecting tbh

***

<UC>                  my fantasy that i want to turn into rl:

<SUSPECT USER>        sure, lets hear it

***

<SUSPECT USER>        oh yeah, gotcha

<SUSPECT USER>        easy enough

<SUSPECT USER>        and what all do you want me to do to her while you're watching?

<UC>                  part of me def wants to know what you will do, but i also want to be surprised

***

<SUSPECT USER>        My end goal would be to go down on her, but honestly if we just cuddle up for some nice mutual masturbation I'd be ok with that too

<UC>                  i dont want to be the first one to have sex with her

<SUSPECT USER>        I wouldn't mind being her first as long as she's ready/willing

***

<SUSPECT USER>        same. and my cock is hard lol

<SUSPECT USER>        can't wait to see her :)

***

<SUSPECT USER>        Sounds good, just waiting on something from you! You haven't sent it yet, have you?

***

<SUSPECT USER>        I get it, but I've also already sent you softcore CP lmao

***

10.    On October 8, 2025, the UC sent an email to the SUSPECT USER. The subject of the email is "hi" and the email includes a single attached image file named "img_0133.jpg." This image depicts a different HSI UC agent (hereinafter, UCA 3995) holding a sheet of paper. UCA 3995 is partially covering his face with the paper, and the SUSPECT USER's screen name and the date are hand-written on the paper.

Complaint - 7
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

11.     On October 13, 2025, the SUSPECT USER sent an email with no subject and the message "that one visible?"  The email contains the attached image file "2.jpg." This file depicts a man holding a paper.  The man's right eye and a portion of his forehead are visible.  A portion of the man's forehead is out of frame, and the paper blocks the rest of his face. On the same day, the UC and the SUSPECT USER exchanged more messages over Network 1. Excerpts are provided below:

**October 13, 2025**
\*\*\*

| | |
|---|---|
| <SUSPECT USER> | Sorry it took so long, hopefully that's better? |
| <UC> | ok i see you |

\*\*\*

| | |
|---|---|
| <SUSPECT USER> | I've been thinking about your dau all week, even dreamed about her the other night :) |

\*\*\*

| | |
|---|---|
| <UC> | what about??? |
| <SUSPECT USER> | basically the plan you laid out - hanging around together for a bit, playing games and chatting, then you left for some reason and I taught her to play strip poker. eventually getting her naked and licking her til she came then fucking her on the couch |
| <SUSPECT USER> | woke up with a massive hardon lmao |

\*\*\*

| | |
|---|---|
| <UC> | im scared to send a pic of her |
| <UC> | but i will |

\*\*\*

| | |
|---|---|
| <SUSPECT USER> | makes sense, same here lol. I've chatted with lots only one other has ever done pics/cam |

\*\*\*

| | |
|---|---|
| <SUSPECT USER> | should I be checking my email for a pic tonight? :) |

\*\*\*

| | |
|---|---|
| <SUSPECT USER> | I'm on a knife-edge with all the tods lol can't wait to see your girl! |
| <UC> | well shes [REDACTED] |
| <SUSPECT USER> | yeah, that's even better :) |
| <SUSPECT USER> | tods are just the flavor of choice rn lol |
| <SUSPECT USER> | it's what I've got the most of but my absolute favorite is around 6-7 |

Complaint - 8
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

<SUSPECT USER>          right around here is the best
https://d.uguu.se/wcubgdcU.[jpg][5]

12.    At this point in the chat, the UC replied to the above email with the
attached image file "us – Copy.jpg."  This picture depicts UCA 3995 and a young girl
who is not a real child and is intended to depict the undercover persona and his fictitious
daughter.  The faces are partially redacted.  The chat between the UC and the SUSPECT
USER continued and is excerpted below:

**October 13, 2025 (cont.)**
<UC>                    i sent it
***
<SUSPECT USER>          omg she's gorgeous!!!
<SUSPECT USER>          and she's got your eyes :)
***
<SUSPECT USER>          I took a creepshot of my nieces panties sleeping when
they stayed over once, but that's the closest I've got
***
<SUSPECT USER>          tbh seeing her made me cum instantly without even
touching my cock. it was crazy, I've never been able to do that before
<UC>                    active w/ niece?
<SUSPECT USER>          nope, they moved away, haven't seen them in a while. I
was working on them but didn't get very far
***
<SUSPECT USER>          also I'm like 90% sure cops aren't legally allowed to
send CP around
***
<SUSPECT USER>          I think it's always changing, but just to be safe I sent
you one of the ones I got of my nieces. It's not great, but I'm proud to have gotten
some lol

13.    The SUSPECT USER replied to the last email with the image file
"DSCF0005.JPG."  This image is dimly lit and appears to be surreptitiously produced
child erotica. While it's difficult to make a conclusive determination, the image appears
to depict two young girls from approximately the mid torso to the thighs. The girls appear

---

[5] The above webpage contained a downloadable image file depicting CSAM.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  to be lying on a bed. One of the girls is wearing a nightgown or shirt and underwear. The

2  other girl appears to be wearing a nightgown or shirt and no underwear. The girl wearing

3  underwear is positioned so that her legs are on top of the other girl's legs. The girl

4  without underwear appears to be lying on her side.

**October 13, 2025 (cont.)**
\*\*\*
| <UC> | how old? |
| <SUSPECT USER> | 5 and 7 |
\*\*\*
| <SUSPECT USER> | How did you get her started? |
| <UC> | the very first time? |
| <SUSPECT USER> | yeah your first sexual activity with her |
\*\*\*
| <SUSPECT USER> | yeah, definitely did that with the nieces a few times lol |
\*\*\*
| <UC> | where are you again? |
| <UC> | close to me? |
| <SUSPECT USER> | nope, other side sadly, but I'm up to make a trip :) |
| <UC> | well i could def host for a few days. not sure it would be worth it to meet just for a night |
| <SUSPECT USER> | oh it would def be more than a night lol - few days at least, maybe a week? and you wouldn't have to host I could just get a place close |
\*\*\*
| <SUSPECT USER> | she knows your games are secret games right? |
\*\*\*

14.     On October 14, 2025, the SUSPECT USER initiated another chat with the

UC. Initially, the SUSPECT USER was using an unfamiliar screen name before changing

it to a recognized name. Excerpts are provided below:

**October 14, 2025**
| <SUSPECT USER> | Hey, nice to see you again :0 |
| <SUSPECT USER> | :) |
\*\*\*
| <UC> | ty. friend.  :) sorry i don't remember chatting with you |
\*\*\*
| <SUSPECT USER> | Sorry, just me lol |
| <UC> | hey!!!! |
\*\*\*

Complaint - 10
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| `<UC>` | why have you thought more about what you'd like to do? |
| `<SUSPECT USER>` | I haven't STOPPED thinking about what I want to do lmao |
| `<SUSPECT USER>` | definitely a strip-game like poker, go fish, war, etc. Anything to get clothes off |
| `<SUSPECT USER>` | constantly telling her how beautiful and sexy she is as she slowly loses more clothes |
| `<UC>` | mmm |
| `<SUSPECT USER>` | hard cock pretty obvious as I let her win a few and lose some of my own |
| `<SUSPECT USER>` | I'd probably pretend to think she's completely innocent - taking everything slow, asking to touch her legs, then higher. Seeing what she's willing to admit about previous experience |
| `<UC>` | she'll be wearing a skirt and sweater top, very traditional, almost like a private school uniform |
| `<SUSPECT USER>` | mmmm yummy. she'll probably catch me looking up her skirt ;) |
| *** | |
| `<SUSPECT USER>` | oh I definitely don't want to force her into anything - I want her to be willing and excited to play along and feel good :) |
| `<SUSPECT USER>` | does she like to play pretend or dress-up? That's opens some interesting options |
| `<UC>` | yes! she would love that |
| *** | |
| `<SUSPECT USER>` | I'd love to take her shopping, or bring some stuff over, either way :) |
| *** | |
| `<SUSPECT USER>` | she can try anything she wants, as long as she lets me stay in the changing room with her ;) |
| *** | |
| `<UC>` | you have any facial hair? |
| `<UC>` | or body hair |
| `<SUSPECT USER>` | yes and yes |
| `<UC>` | little bit, medium, or a lot? |
| `<SUSPECT USER>` | somewhere between a little and medium? |
| `<SUSPECT USER>` | basically like this, however much you consider that to be https://d.uguu.se/OFhklZdR.[jpg] |

15.    The above link was to an image, OFhklZdR.jpg, which depicts a nude adult male and a nude prepubescent girl. The image depicts a portion of the child's legs, a

Complaint - 11
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  portion of her torso, and her pelvis.  She is lying on bedding with her legs apart.  The

2  man's penis appears to be either inserted in the child's vagina or pressed against her

3  genitals.  Given her relatively small stature, her lack of pubic hair, and lack of breast

4  development, I estimate this child is between 3 and 6 years old.  The chat continued:

5  **October 14, 2025 (cont.)**

6  ***

   <SUSPECT USER>        you like the contrast like this?

7  https://d.uguu.se/XuoCSWBF.[jpeg]

8  ***

9  <SUSPECT USER>        maybe like this? https://h.uguu.se/UZSnOfvD.[jpg]

10 <SUSPECT USER>        or this? https://h.uguu.se/JzvLoXwG.[jpg]

11     16.     The above webpages contained downloadable image files depicting CSAM.

12 The image JzvLoXwG.jpg is a file that depicts a prepubescent girl and an adult male.  The

13 child is sitting on bedding, and her right hand is positioned around the man's erect penis.

14 The man's penis is partially inserted in the girl's mouth.  She is wearing a Sponge Bob

15 shirt, and her underwear is down around her lower thighs.  Given her relatively small

16 stature, youthful appearance, and lack of pubic hair, I estimate this girl is between 2 and 5

17 years old.  The chat continued:

18 **October 15, 2025**

   ***

19 <UC>                       well i def want to chat more and at least talk on the

20 phone before we meet up

   ***

21 <SUSPECT USER>        phone is a last step for me, even better if it's after we

22 meet. if you want to voice chat at some point, which I agree is a necessary step, I

   use anonymous internet chat rooms

23 ***

24 <SUSPECT USER>        no judgement from me, I rather recently had a similar

   scare b/c of the nieces

25 <SUSPECT USER>        thankfully mine turned into nothing, but it could've

26 been very very bad

   ***

27 <SUSPECT USER>        I'm still not 100% on what exactly happened, yeah.

28 Someone heard something and there were questions, but they were dismissed

   pretty quickly

***
\<SUSPECT USER\>          I'm still not over that one and it was a fair bit ago
***
\<SUSPECT USER\>          thankfully they weren't actually my nieces, just quicker to call them that to anyone that asks. We were glorified babysitters/family friends
\<SUSPECT USER\>          so they just cut contact and moved on
***

17.     The SUSPECT USER disconnected from Network 1, and he reconnected using a slightly different screen name.  The chats continue below:

### October 15, 2025 (cont.)
***
\<UC\>                    anyway glad to hear those accusations disappeared :)
***
\<SUSPECT USER\>          yeah, it was a relief. Still miss the kids though, I genuinely did love them and it sucks that we probably won't ever see them again
\<UC\>                    yeah that sucks. ages?
\<SUSPECT USER\>          5 and 7
***
\<UC\>                    how far did you get?
\<SUSPECT USER\>          not as far as I wanted to lol
\<SUSPECT USER\>          rubs at bath time, sneaky rubs when they were sleeping, and the few pics
\<SUSPECT USER\>          they never saw or touched me, and I never made my touches obvious
\<SUSPECT USER\>          but it was also nice to see/help them change
***

18.     On October 16, 2025, the SUSPECT USER initiated another chat with the UC.

### October 16, 2025
***
\<UC\>                    i was just lookin at the shot u were able to get of your neices
\<UC\>                    sorry i dont remember if they're your nieces or what
\<SUSPECT USER\>          easiest to call them that, I know who you're talking about :)
\<SUSPECT USER\>          you like the pic?
\<UC\>                    i do :)
\<UC\>                    were they sleeping or?

Complaint - 13
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | <SUSPECT USER> | yeah, put them to bed and waited for the wife to fall |
| 2 | asleep too | |
| | <UC> | looks like ur able to the one on the left nekid |
| 3 | <SUSPECT USER> | she didn't put on panties under her dress after bath |
| 4 | time. I wasn't gonna remind her lol | |
| | *** | |
| 5 | <SUSPECT USER> | weird question: if I hadn't asked, would you still be |
| 6 | looking for someone else to play with your dau? | |
| | *** | |
| 7 | <SUSPECT USER> | did you see this one? |
| 8 | https://n.uguu.se/VVSjmmxx.[mp4][6] | |
| | *** | |
| 9 | <SUSPECT USER> | given the choice, it'd be a girl over a boy lol |
| 10 | <SUSPECT USER> | as a guy, I've had more access to boys than girls |
| | though | |
| 11 | <UC> | wow ever been active? |
| 12 | <UC> | (w boys) |
| | <SUSPECT USER> | just some rubs over clothes, got some nice little boners |
| 13 | to pop up | |
| 14 | <SUSPECT USER> | not really much more |
| | *** | |
| 15 | <UC> | most of it. what do imagine youll do with her? |
| 16 | <UC> | how far do you imagine going?? |
| | <SUSPECT USER> | idk honestly, it depends on how she reacts |
| 17 | <SUSPECT USER> | and that'll depend on how long we have, how quickly |
| 18 | she makes friends, etc | |
| | <UC> | hang on let me check on something |
| 19 | <SUSPECT USER> | ok |
| 20 | <UC> | ok mom just told me shes def leaving on the nov 12th |
| | <UC> | she said "i'll be at [REDACTED] till at least the 22nd |
| 21 | and maybe longer" | |
| 22 | <SUSPECT USER> | if I were to fly in, what's the closest airport? |
| | <SUSPECT USER> | gotta start looking at travel |
| 23 | *** | |
| 24 | <SUSPECT USER> | gotcha, nov 12 is kinda short notice though |
| | *** | |
| 25 | <SUSPECT USER>ok, I have an idea to plan a trip (and get the wife to OK it lol) |
| 26 | *** | |
| 27 | | |
| 28 | | |

[6] The above webpage contained a downloadable video file depicting CSAM.

Complaint - 14
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

19.    On October 17, 2025, the SUSPECT USER initiated another chat with the UC. Excerpts are provided below:

**October 17, 2025**
\*\*\*

&lt;UC&gt;                i guess i want a general idea with some details but not too many details if that makes sense sorry to ramble
\*\*\*

&lt;SUSPECT USER&gt;        So what do I need to do for this encrypted signal call?
\*\*\*

&lt;UC&gt;                ok just download give me your username then i can call you

&lt;UC&gt;                but we just have to agree on some basic things for when your with her

&lt;SUSPECT USER&gt;        ok, like what?

&lt;UC&gt;                are you thinkin full sex or just oral?

&lt;SUSPECT USER&gt;        I'd be ok with either, whatever she's up for
\*\*\*

&lt;UC&gt;                ok your probably going to be too big for vaginal
\*\*\*

&lt;UC&gt;                actually lets talk about it on signal i dont know how safe this is
\*\*\*

&lt;SUSPECT USER&gt;how will I get you on signal?

&lt;UC&gt;                just email me your username
\*\*\*

20.    On October 17, 2025, the SUSPECT USER replied to the last email with a Signal username.

21.    On October 21, 2025, the SUSPECT USER initiated another chat with the UC. Excerpts are provided below:

**October 21, 2025**
\*\*\*

&lt;SUSPECT USER&gt;        yeah, basically got the ok from wife to take a solo vacation ;)
\*\*\*

&lt;SUSPECT USER&gt;        is it bad that I might be a bit more excited to just make a friend that I don't have to pretend around?

&lt;SUSPECT USER&gt;        I would be totally ok just grabbing a beer and getting to chat for a while, nothing else :)

Complaint - 15
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  &lt;SUSPECT USER&gt;          don't get me wrong, I'm excited for the rest of the

2  potential night too lo
   &lt;SUSPECT USER&gt;          lol

3  \*\*\*

4  &lt;UC&gt;                         i can pick you up at the airport
   &lt;SUSPECT USER&gt;          if this is really gonna be one-and-done for everyone's

5  safety, I'll feel better being in the area and we can set a meet-up point/time. I'll

6  also have my own place to stay
   \*\*\*

7  &lt;SUSPECT USER&gt;          plus the wife will ask questions if I book a trip and no

8  accomadations lol
   &lt;SUSPECT USER&gt;          because it's illegal to even plan on doing something

9  like this, I won't be stuck at an airport waiting to be picked up by cops
   &lt;SUSPECT USER&gt;          I'm more than happy to help you live out your fantasy,

10  but I've gotta make sure I'm covering my own ass while I do it

11  \*\*\*
   &lt;UC&gt;                         i totally understand your paranoia and i feel it too

12  &lt;UC&gt;                         i'll send you something to reassure you

13  &lt;UC&gt;                         hang on
   &lt;SUSPECT USER&gt;          ok

14  &lt;UC&gt;                         lol this is way harder to navigate than i imagined it

15  would be. i get your concern tho, believe me
   &lt;SUSPECT USER&gt;          I always imagined it to be extremely difficult lol

16  &lt;SUSPECT USER&gt;          that's why I've been trying for so long without finding

17  anyone
   \*\*\*

18  &lt;UC&gt;                         i'm working on something right now hang on

19  &lt;SUSPECT USER&gt;          ok

20      22.     At this point in the chat, the UC sent an email to the SUSPECT USER.  The

21  subject of the email is "hi :)" and the email has a single attached image file named,

22  "img_0137 – Copy.jpg."  The image depicts a man's hand holding what appears to be his

23  erect penis. The man appears to have ejaculated on a piece of paper.  The UC's screen

24  name,[7] the SUSPECT USER's screen name, and the date 10/21/25 are hand-written on

25  the paper. The chat continued:

26      &lt;UC&gt;                         just sent you something not sending cp but pretty sure

27  cops dont jerk off to fantasies of watching

28  _____

[7] The UC's screen name contains an underscore.  The UC's screen name is hand-written on the paper without the underscore.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  &lt;SUSPECT USER&gt;        that's not bad lol I think the only thing that would've
2  made that better is if you had a pair of [REDACTED] panties in there too ;)
   ***
3  &lt;SUSPECT USER&gt;        I know I wanted to hear her in the background, but I
4  can't remember what you wanted from it
   ***

5
6      23.    On October 23, 2025, the SUSPECT USER initiated another chat with the
7  UC. Excerpts are provided below:

8  **October 23, 2025**
   ***
9  &lt;SUSPECT USER&gt;        got most of my trip set :)
   &lt;SUSPECT USER&gt;        won't be there the whole window, but some
10 &lt;UC&gt;                  how long?
11    ***
12 &lt;SUSPECT USER&gt;        4 or 5 days
   &lt;UC&gt;                  ok which is it 4 or 5?
13 &lt;SUSPECT USER&gt;        it'll depend on how much of the day is left when I get
14 in lmao
   &lt;UC&gt;                  when are you flying in? give me the deets
15 &lt;SUSPECT USER&gt;        it'll be in the window we've already set, I'll get in touch
16 once I'm in the area. peace of mind and all
   ***
17 &lt;UC&gt;                  dude thats not gonna work for me. i've got a life to
18 plan too
   ***
19 &lt;SUSPECT USER&gt;        I'm in on the 13th if that makes you feel better
   ***
20 &lt;UC&gt;                  so I'll see you on the 13th then?
21 &lt;SUSPECT USER&gt;        as long as nothing's delayed
   ***
22 &lt;SUSPECT USER&gt;        I'm hoping to be there around 3ish
23    ***
24 &lt;SUSPECT USER&gt;        I was hoping for longer too honestly
   ***
25 &lt;SUSPECT USER&gt;        once we meet is different. maybe I watch too much TV
26 but I'm still completely terrified of walking off an airplane and into custody. If you
   don't know exactly when I land, there's a smaller chance of that happening
27 &lt;UC&gt;                  Ok. well you'll be very relieved once we meet then
   ***
28

Complaint - 17
*United States v.*
USAO#: 2025R01247

1  &lt;SUSPECT USER&gt;         I'm pretty sure you're not a cop. I also believe you have
2  a daughter. What I haven't seen disproved yet (and won't until I get there) is that
   the cops aren't involved somehow and I'm walking into a trap
3  ***
4  &lt;SUSPECT USER&gt;         I don't plan on doing anything she doesn't want to do
   and I certainly won't be doing anything that might even possibly hurt her
5  &lt;SUSPECT USER&gt;         beyond that, it's really up to her
   &lt;UC&gt;                    have you actually been with a kid before ?
6  &lt;UC&gt;                    i mean shes not going to be asking for it, i hope you
7  know that
   &lt;SUSPECT USER&gt;         of course not, I'll be leading lol. But I'm not gonna
8  suggest she bend over and let me stick it in her ass
9  ***
   &lt;SUSPECT USER&gt;         I'll persuade as much as I can, but I'll never force
10 &lt;UC&gt;                    i like that
11 ***
   &lt;SUSPECT USER&gt;         has she cum at all before?
12 ***
13 &lt;SUSPECT USER&gt;         that's actually perfect, I'd love to be the one to give her
14 the first one :)
   ***
15 &lt;UC&gt;                    how far do you think you'll pursuade her to go?
   &lt;UC&gt;                    very curious how much i should be prepared to watch
16 &lt;SUSPECT USER&gt;         I really have no idea until I get to interact with her and
17 gauge what's she's up for
   &lt;SUSPECT USER&gt;         The more I can help her enjoy it, the more willing she
18 should be to do more
19 &lt;SUSPECT USER&gt;         and there's always "you had your turn, now it's mine"
   ***
20 &lt;SUSPECT USER&gt;         oh lmao that was for her, not you. "I made [her] cum,
21 now it's my turn"
   ***
22 &lt;SUSPECT USER&gt;         we can work on that lol I love the vids hearing kids
23 asking for it
   ***
24 &lt;UC&gt;                    ok so how far? oral or are you going to try to have sex
25 with her?
   &lt;SUSPECT USER&gt;         I'll try to convince her, but in the end it's up to her and
26 what she's willing to do
27 ***

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

24.     On October 27, 2025, the SUSPECT USER initiated another chat with the

UC. Excerpts are provided below:

**October 27, 2025**

\*\*\*

| | |
|---|---|
| \<SUSPECT USER\> | sweet, still pretty excited? |
| \<UC\> | of course :) |
| \<UC\> | feels kinda surreal |
| \<SUSPECT USER\> | right? Can't get it out of my head |

\*\*\*

\<SUSPECT USER\>     I've been plotting the rest for a while, tons of ideas just gotta find a couple that wokr

| | |
|---|---|
| \<SUSPECT USER\> | \*work |
| \<UC\> | Oh? |
| \<UC\> | glad you have ideas |

\<SUSPECT USER\>     what do you think about a signal message/call to let you know when I get there?

\<UC\>     sounds good. on the 13th around 3 right?

\<SUSPECT USER\>     should be, yeah. Still counting on some form of travel delay lol

\*\*\*

25.     On November 3, 2025, the SUSPECT USER initiated another chat with the

UC. Excerpts are provided below:

**November 3, 2025**

\*\*\*

\<SUSPECT USER\>     You made it very clear you're only interested in once. If that changes, it changes. If it doesn't, oh well

\<UC\>     ive thought more about it and im not promising that. i can give you a few days, but making this a regular thing is too much for my brain to handle right now

\<SUSPECT USER\>     I get it, doesn't need to be discussed or thought about right now

\<UC\>     just feels safer as a one and done

\<SUSPECT USER\>     How about for day-of plans. Given those any thought?

\<UC\>     yeah ive been thinking about how/where i'm going to hide and watch

\<SUSPECT USER\>     I'd love to hear what you've come up with. If I know where/when I can make sure you have some good angles :)

\*\*\*

Complaint - 19
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  &lt;UC&gt;          i was thinking that i could set up a hidden camera in that room and
2  watch on a flat screen in another room. but i have no idea how to set that up
   &lt;SUSPECT USER&gt;          do you already have a cam (or a few) handy? I
3  wouldn't mind helping you set them up
   &lt;UC&gt;          no i dont have anything like that, not even sure where
4  i'd hide it.
5  &lt;UC&gt;          in my fantasy i'm always watching, but the more i
   think about cams the more i kinda like the idea
6  &lt;SUSPECT USER&gt;          any kind of nanny cam would work. and you've got
7  time to get a few lol
   &lt;SUSPECT USER&gt;          they don't necessarily need to be discreet if they're well
8  placed
9  &lt;UC&gt;          i dont think nanny cams are high def
   &lt;UC&gt;          oh that reminds me
10 &lt;SUSPECT USER&gt;          some are, baby monitors tend to be lower end
11 &lt;SUSPECT USER&gt;          what's that?
   &lt;UC&gt;          are you planning on taking pics or vids?
12 &lt;SUSPECT USER&gt;          I would like to, I can show you my process and you
13 can let me know if you're comfortable with it or not
   &lt;SUSPECT USER&gt;          Needless to say, these would never get sent out, EVER
14 to anyone lol
15 &lt;UC&gt;          ok i appreciate that. the idea makes me super nervous.
   ***
16 &lt;UC&gt;          id definitely have to seee what you have before you
17 return home. like on the last day before you leave i'd want to see what you have
   before you take off. i
18 &lt;UC&gt;          i mean, no faces for sure
19 &lt;SUSPECT USER&gt;          of course, kinda figured you'd want some copies
   yourself lol
20 ***
21
22 26.     On November 7, 2025, the SUSPECT USER initiated another chat with the
23 UC. Excerpts are provided below:

24 **November 7, 2025**
   &lt;SUSPECT USER&gt;          hey. around today?
25 &lt;UC&gt;          hey hows it goin?
   &lt;SUSPECT USER&gt;          not great today lol had to deal with some shit
26 ***
27 &lt;SUSPECT USER&gt;          my storage drive corrupted, spent all day trying to see
   if I can recover anything at all. Still actively fighting it
28 ***

Complaint - 20
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | \<SUSPECT USER\>          basically lost everything new since the last one |
| 2 | corrupted, probably a years worth of random stuff |
|   | \<UC\>                          cp? |
| 3 | \<SUSPECT USER\>          would you care if my normal hard drive had |
| 4 | corrupted...? |
|   | \<UC\>                          what is "normal" lol |
| 5 | \<SUSPECT USER\>          lmao fair I guess |
|   | \<UC\>                          i lost a drive about a year ago. it sucks |
| 6 | \<SUSPECT USER\>          "Normal" to be is daily computer |
| 7 | \<SUSPECT USER\>          to me * |
| 8 | *** |
|   | \<SUSPECT USER\>          I guess I'm more upset cuz I won't be able to share as |
| 9 | much with you guys as I planned to |
| 10 | *** |
|   | \<SUSPECT USER\>          I just keep going worst-case scenario - getting off a |
| 11 | plane, arrested and stuck far away from everyone with no help |
| 12 | \<UC\>                          yeah, me too |
|   | \<SUSPECT USER\>          how do you figure, you're not traveling lol |
| 13 | \<UC\>                          you could be working with the cops or be one |
| 14 | \<UC\>                          although i'm doubting you are one |
|   | \<SUSPECT USER\>          yeah I really wish there were a foolproof way to prove |
| 15 | \<SUSPECT USER\>          I want to trust so bad, but I can't justify it for the risk |
| 16 | \<UC\>                          no worries bro. |
|   | \<UC\>                          you cancel your plans? |
| 17 | \<SUSPECT USER\>          I've almost cancelled them like 5 times already. But |
| 18 | no, not yet |
|   | \<SUSPECT USER\>          Do you want me to cancel? |
| 19 | \<UC\>                          no, i want to watch. actually can't stop thinking about |
| 20 | watching. but i understand the paranoia. believe me |
|   | \<SUSPECT USER\>          lol you want to watch what? |
| 21 | \<SUSPECT USER\>          It'd honestly make me feel better if the double-talk |
| 22 | stopped |
|   | \<UC\>                          how so? |
| 23 | \<SUSPECT USER\>          how would it make me feel better? |
| 24 | \<SUSPECT USER\>          idk it would just be reassuring |
|   | \<UC\>                          makes sense. i'm just trying to protect myself i guess |
| 25 | \<UC\>                          i want to watch you molest my daughter. |
| 26 | \<UC\>                          my beautiful [REDACTED] daughter. |
|   | \<UC\>                          i want to watch all of it. and jerk off the entire time. |
| 27 | \<UC\>                          there. better? |
| 28 | \<SUSPECT USER\>          oh my god yes |
|   | \<UC\>                          your turn. |

| | | |
|---|---|---|
| 1 | \<SUSPECT USER\> | legitimately a weight off my chest and my cock just |
| 2 | went rock solid | |
| | \<SUSPECT USER\> | I can't wait to molest your daughter |
| 3 | \<UC\> | mmmm |
| 4 | \<UC\> | fuck. |
| | \<SUSPECT USER\> | Spend multiple days with her loving every inch of her |
| 5 | body | |
| 6 | \<SUSPECT USER\> | Spend the night with her, wake up holding her small |
| | body | |
| 7 | \<UC\> | she's actually small for [REDACTED] |
| 8 | \<SUSPECT USER\> | Even fucking better lol |
| | \<UC\> | mmmhmm |
| 9 | \<SUSPECT USER\> | I plan on tasting every bit of her smooth hairless body |
| 10 | as many times as she'll let me | |
| | \<UC\> | mmm |
| 11 | \<SUSPECT USER\> | Hopefully not too much, I know you're still set on one- |
| 12 | and-done but I'm a bit of a romantic | |
| | \*\*\* | |
| 13 | \<SUSPECT USER\> | Have you thought about how we can safely meet up on |
| 14 | the 13th? Like a signal call to set up where to meet once I get in and drop my stuff | |
| | of? Or you have other ideas? | |
| 15 | \<UC\> | hmmm. i thought the airport was the safest, but i def |
| 16 | dont want you to be uncomfortable. maybe a nice relaxed neutral spot. i know a | |
| | good coffee shop | |
| 17 | \<UC\> | local place |
| 18 | \<SUSPECT USER\> | Not a bad option, I would feel more comfortable |
| 19 | setting a place close by once I get there. Just to make sure no one's waiting there | |
| | ahead of time if that makes sense | |
| 20 | \<SUSPECT USER\> | I'm up for a coffee, or a drink or something food- |
| | related though | |
| 21 | \<UC\> | there are lots of options for that. |
| 22 | \<SUSPECT USER\> | Are you planning on bringing your daughter to that |
| | first meeting? | |
| 23 | \<UC\> | god no!!! |
| 24 | \*\*\* | |

27.     On November 9, 2025, the SUSPECT USER initiated another chat with the UC. Excerpts are provided below:

**November 9, 2025**

\*\*\*

\<UC\>        same. more nervous after our last convo. still excited but i get it. no worries if you back out bro.

Complaint - 22
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| &lt;SUSPECT USER&gt; | every time you say that, I keep thinking you want me to back out lol |
| &lt;UC&gt; | nah.. and i dont plan on backing out either but, i still understand :) |
| &lt;SUSPECT USER&gt; | good to hear :) |

***

| | |
|---|---|
| &lt;SUSPECT USER&gt; | cool, sounds like everything's finally winding down for you lol |
| &lt;UC&gt; | not really, been cleaning a lot and dealing with work |
| &lt;SUSPECT USER&gt; | work I get, but why cleaning? |
| &lt;UC&gt; | just a habit, youre a guest and i want to be respectful. |
| &lt;SUSPECT USER&gt; | oh lol I appreciate that. I'd probably be doing the same thing. Not necessary though :) |
| &lt;SUSPECT USER&gt; | I can promise eyes will be on things other than random house clutter lmao |

***

28.     On November 12, 2025, the SUSPECT USER initiated another chat with the UC. Excerpts are provided below:

**November 12, 2025**
***

| | |
|---|---|
| &lt;SUSPECT USER&gt; | Do you have any toys you use with [REDACTED]? |
| &lt;UC&gt; | just a small plug |
| &lt;UC&gt; | why? |
| &lt;SUSPECT USER&gt; | I was thinking about getting small vibe |
| &lt;SUSPECT USER&gt; | If that's ok with you |
| &lt;UC&gt; | i'm good with that |
| &lt;UC&gt; | now youve got my mind racing again lol |
| &lt;SUSPECT USER&gt; | thinking about watching her learn to buzz her little pussy? |
| &lt;UC&gt; | thinkin about watching how you intro her to it |
| &lt;SUSPECT USER&gt; | oh no clue yet lol |
| &lt;SUSPECT USER&gt; | I've imagined so many different ways of starting with her over the last week |

***

29.     On November 13, 2025, (Pacific Time), the SUSPECT USER and UCA 3995 communicated on Signal and arranged to meet at a local coffee shop. The SUSPECT USER, who has since been identified as Kade Garrett RANDALL, met with UCA 3995 as planned. During his conversation with the UCA 3995, which was

1  recorded, RANDALL talked about purchasing "a little vibrator" at a "sex shop."

2  RANDALL further said, "If she like it, y'all can keep it. I'm not taking it home."

3      30.    Soon after, federal agents approached RANDALL, identifying themselves

4  as law enforcement, and detained him.  I attempted to interview RANDALL in a

5  government vehicle.  RANDALL invoked his right to an attorney.  I then read

6  RANDALL his *Miranda* rights directly from a DHS Statement of Rights and Waiver

7  form and stopped the interview. RANDALL was then transported from the UC meeting

8  location to an HSI field office.  At the field office, RANDALL told agents that he wanted

9  to talk. At that point, I re-read RANDALL his *Miranda* rights directly from the same

10  form. RANDALL acknowledged that he understood his rights.  RANDALL initialed each

11  of his rights and documented his agreement to answer questions by signing and dating the

12  same form.

13      31.    During the recorded interview, RANDALL admitted flying from Georgia to

14  Washington on November 12, 2025. RANDALL admitted being the SUSPECT USER

15  and finding out about Chat Room 1 through TikTok. RANDALL also admitted buying a

16  vibrator for the fictitious child. When asked what would have happened if the fictitious

17  daughter had been real, RANDALL said, "I had no expectations until I got there. I had

18  fantasies, no expectations."  He further stated, "I wanted to love her. I wanted to rub and

19  make her feel good, and if that's all she wanted that was it. I just wanted to make her feel

20  good."

21      32.    I know that it would be a violation of RCW 9A.44.073 (Rape of a Child in

22  the First Degree) for RANDALL to engage in sexual intercourse with a child under the

23  age of twelve to whom he is not married.

24  //

25  //

26  //

27

28

Complaint - 24
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CONCLUSION**

33.    Based on the above facts, I respectfully submit that there is probable cause to believe that RANDALL committed the offenses charged in Counts 1 and 2 above.

Matthew Kimmel
Special Agent
Department of Homeland Security


Based on the Complaint and Affidavit sworn before me, the Court hereby finds that there is probable cause to believe the Defendants committed the offenses as set forth in the Complaint.


Dated this ___14___ day of November, 2025.

PAULA L. MCCANDLIS
United States Magistrate Judge

Complaint - 25
*United States v.*
USAO#: 2025R01247

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970